UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JANE DOE,

       Plaintiff,

v.

DEPARTMENT OF JUSTICE, *et al.*,

       Defendants.

Civ. A. No. 22-1336 (RDM)

## JOINT STATUS REPORT

Pursuant to the Court's October 21, 2022, Minute Order, Plaintiff Jane Doe and Defendants the Department of Justice and Federal Bureau of Investigation ("FBI") respectfully submit this joint status report apprising the Court of the progress in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA"), litigation.

Consistent with the parties' last joint status report, the FBI reprocessed 136 pages and released 108 pages in full and in part to Plaintiff via Fed-Ex, dated December 28, 2022, which counsel for Plaintiff received on or about January 4, 2023. The FBI anticipates that the second and final release of approximately 167 pages of records will occur no later than January 31, 2023.

The parties will continue to confer over any outstanding issues, including Plaintiff's concerns regarding the adequacy of Defendants' productions and withholdings. The parties propose filing an update with the Court by February 15, 2023, apprising the Court as to what issues remain.

January 6, 2023  Respectfully submitted,

  /s/ Amanda Kramer
Amanda Kramer
COVINGTON & BURLING LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
(212) 841-1223
akramer@cov.com

Molly Doggett (D.C. Bar No. 888325224)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5354
mdoggett@cov.com

*ATTORNEYS FOR PLAINTIFF JANE DOE*

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*