UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>       Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>       Defendants. | Civ. A. No. 22-1336 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's February 15, 2023 Minute Order, Plaintiff JANE DOE and Defendants the Department of Justice and Federal Bureau of Investigation ("FBI") (collectively, "the Defendants") respectfully submit this joint status report apprising the Court of the progress in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") litigation with respect to any substantive areas of disagreement between the parties. The parties are continuing to meet and confer regarding outstanding issues. The parties propose filing an update with the Court by May 10, 2023, apprising the Court as to what issues remain.

**(Remainder of page intentionally left blank.)**

| | |
|---|---|
| March 29, 2023 | Respectfully submitted, |

                                       */s/ Amanda Kramer*
                                       Amanda Kramer
                                       COVINGTON & BURLING LLP
                                       The New York Times Building
                                       620 8th Avenue
                                       New York, NY 10018
                                       (212) 841-1223
                                       akramer@cov.com

                                       Molly Doggett (D.C. Bar No. 888325224)
                                       COVINGTON & BURLING LLP
                                       One CityCenter
                                       850 Tenth Street NW
                                       Washington, DC 20001
                                       (202) 662-5354
                                       mdoggett@cov.com

                                       *ATTORNEYS FOR PLAINTIFF JANE DOE*


                                       MATTHEW M. GRAVES, D.C. Bar No. 481052
                                       United States Attorney

                                       BRIAN P. HUDAK
                                       Chief, Civil Division

                                       By:     */s/ Brenda González Horowitz*

                                       BRENDA GONZÁLEZ HOROWITZ
                                       D.C. Bar No. 1017243
                                       Assistant United States Attorney
                                       U.S. Attorney's Office, Civil Division
                                       601 D St., N.W.
                                       Washington, D.C. 20530
                                       Tel: (202) 252-2512
                                       Brenda.Gonzalez.Horowitz@usdoj.gov

                                       *Attorneys for the United States*