UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>             Defendants. | Civ. A. No. 22-1336 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's August 23, 2023 Minute Order, Plaintiff JANE DOE and Defendants the Department of Justice and Federal Bureau of Investigation ("FBI") (collectively, "the Defendants") respectfully submit this joint status report apprising the Court of the progress in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") litigation with respect to any substantive areas of disagreement between the parties.  The parties are continuing to meet and confer regarding outstanding issues.  The parties propose filing an update with the Court by December 12, 2023, apprising the Court as to what issues remain.

**(Remainder of page intentionally left blank.)**

October 17, 2023                              Respectfully submitted,


   */s/ Amanda Kramer*
Amanda Kramer
COVINGTON & BURLING LLP
The New York Times Building
620 8th Avenue
New York, NY 10018
(212) 841-1223
akramer@cov.com

Molly Doggett (D.C. Bar No. 888325224)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-5354
mdoggett@cov.com

*ATTORNEYS FOR PLAINTIFF JANE DOE*


MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:    */s/ Brenda González Horowitz*

BRENDA GONZÁLEZ HOROWITZ
D.C. Bar No. 1017243
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D St., N.W.
Washington, D.C. 20530
Tel: (202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*

2