UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>   Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>   Defendants. | Civ. A. No. 22-1336 (RDM) |

**JOINT STATUS REPORT**

  Pursuant to the Court's December 12, 2023 Minute Order, Plaintiff JANE DOE and Defendants the Department of Justice and Federal Bureau of Investigation ("FBI") (collectively, "the Defendants") respectfully submit this joint status report apprising the Court of the progress in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") litigation with respect to any substantive areas of disagreement between the parties. The parties are continuing to meet and confer regarding outstanding issues. The parties propose filing an update with the Court by April 11, 2024, apprising the Court as to what issues remain.

**(Remainder of page intentionally left blank.)**

February 15, 2024                                    Respectfully submitted,


                                                      /s/ *Amanda Kramer*
                                                     Amanda Kramer
                                                     COVINGTON & BURLING LLP
                                                     The New York Times Building
                                                     620 8th Avenue
                                                     New York, NY 10018
                                                     (212) 841-1223
                                                     akramer@cov.com

                                                     Molly Doggett (D.C. Bar No. 888325224)
                                                     COVINGTON & BURLING LLP
                                                     One CityCenter
                                                     850 Tenth Street NW
                                                     Washington, DC 20001
                                                     (202) 662-5354
                                                     mdoggett@cov.com

                                                     *ATTORNEYS FOR PLAINTIFF JANE DOE*


                                                     MATTHEW M. GRAVES, D.C. Bar No. 481052
                                                     United States Attorney

                                                     BRIAN P. HUDAK
                                                     Chief, Civil Division

                                                     By:      /s/ *Brenda González Horowitz*

                                                     BRENDA GONZÁLEZ HOROWITZ
                                                     D.C. Bar No. 1017243
                                                     Assistant United States Attorney
                                                     U.S. Attorney's Office, Civil Division
                                                     601 D St., N.W.
                                                     Washington, D.C. 20530
                                                     Tel: (202) 252-2512
                                                     Brenda.Gonzalez.Horowitz@usdoj.gov

                                                     *Attorneys for the United States*

2