UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>        Defendants. | Civ. A. No. 22-1336 (RDM) |

**JOINT STATUS REPORT**

Pursuant to the Court's February 20, 2024 Minute Order, Plaintiff JANE DOE and Defendants the Department of Justice and Federal Bureau of Investigation ("FBI") (collectively, "the Defendants") respectfully submit this joint status report apprising the Court of the progress in this Freedom of Information Act, 5 U.S.C. § 552, ("FOIA") litigation with respect to any substantive areas of disagreement between the parties. The parties are continuing to meet and confer regarding outstanding issues. The parties propose filing an update with the Court by June 6, 2024, apprising the Court as to what issues remain.

**(Remainder of page intentionally left blank.)**

| | |
|---|---|
| April 11, 2024 | Respectfully submitted, |

                                                                  /s/ *Amanda Kramer*
                                               Amanda Kramer
                                               COVINGTON & BURLING LLP
                                               The New York Times Building
                                               620 8th Avenue
                                               New York, NY 10018
                                               (212) 841-1223
                                               akramer@cov.com

                                               Molly Doggett (D.C. Bar No. 888325224)
                                               COVINGTON & BURLING LLP
                                               One CityCenter
                                               850 Tenth Street NW
                                               Washington, DC 20001
                                               (202) 662-5354
                                               mdoggett@cov.com

                                               *ATTORNEYS FOR PLAINTIFF JANE DOE*


                                               MATTHEW M. GRAVES, D.C. Bar No. 481052
                                               United States Attorney

                                               BRIAN P. HUDAK
                                               Chief, Civil Division

                                               By:    /s/ *Brenda González Horowitz*

                                               BRENDA GONZÁLEZ HOROWITZ
                                               D.C. Bar No. 1017243
                                               Assistant United States Attorney
                                               U.S. Attorney's Office, Civil Division
                                               601 D St., N.W.
                                               Washington, D.C. 20530
                                               Tel: (202) 252-2512
                                               Brenda.Gonzalez.Horowitz@usdoj.gov

                                               *Attorneys for the United States*