UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　Defendants. | Civil Action No. 22-1336 (RDM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice, with each party to bear its own fees and costs.

(signatures to follow)

\*　　\*　　\*

Dated: September 25, 2024					Respectfully submitted,


					 */s/ Amanda Kramer*
					Amanda Kramer
					COVINGTON & BURLING LLP
					The New York Times Building
					620 8th Avenue
					New York, NY 10018
					(212) 841-1223
					akramer@cov.com

					Molly Doggett (D.C. Bar No. 888325224)
					COVINGTON & BURLING LLP
					One CityCenter
					850 Tenth Street NW
					Washington, DC 20001
					(202) 662-5354
					mdoggett@cov.com

					*Attorneys for Plaintiff Jane Doe*

					MATTHEW M. GRAVES, D.C. Bar No. 481052
					United States Attorney

					BRIAN P. HUDAK
					Chief, Civil Division

					By:	 */s/ Brenda González Horowitz*
					BRENDA GONZÁLEZ HOROWITZ
					D.C. Bar No. 1017243
					Assistant United States Attorney
					U.S. Attorney's Office, Civil Division
					601 D St., N.W.
					Washington, D.C. 20530
					Tel: (202) 252-2512
					Brenda.Gonzalez.Horowitz@usdoj.gov

					*Attorneys for the United States of America*